IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                        Case No. 5:22-cv- 65

$42,924.20 IN UNITED STATES CURRENCY, and

$24,192.67 IN UNITED STATES CURRENCY,

$12,461.28 IN UNITED STATES CURRENCY,

$100,701.00 IN UNITED STATES CURRENCY,

$8,839.08 IN UNITED STATES CURRENCY,

$5,933.19 IN UNITED STATES CURRENCY, and

$310,965.98 IN UNITED STATES CURRENCY,

    Defendants
_____/

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

COMES NOW the United States of America, Plaintiff in this action, by

and through the undersigned Assistant United States Attorney, and alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

2. This Court has in rem jurisdiction over the defendant property pursuant to:

    a. 28 U.S.C. § 1355(b)(1)(A), because pertinent acts or omissions giving rise to the forfeiture occurred in the Northern District of Florida; and

    b. 28 U.S.C. § 1355(b)(1)(B), because venue properly lies in the Northern District of Florida pursuant to 28 U.S.C. § 1395.

3. Venue lies within the Northern District of Florida pursuant to 28 U.S.C. § 1395(a), because the action occurred within the Northern District of Florida.

4. The Defendant property are as follows:

    A. **$42,924.20 in United States currency;**
    B. **$24,192.67 in United States currency;**
    C. **$12,461.28 in United States currency;**
    D. **$100,701.00 in United States currency;**
    E. **$8,839.08 in United States currency;**
    F. **$5,933.19 in United States currency; and**
    F. **$310,965.98 in United States currency (Defendant Property).**

5. Mustafa Hammad (Hammad) was a physician licensed by the State of Florida and operated a medical business known as the NeuroMedical Institute (NMI) in Panama City, Florida. Hammad issued approximately 91,139 prescriptions for controlled substances and over fifty percent of the controlled substances were for Schedule II drugs between 2013 and 2020. On approximately March 13, 2019, the Centers for Medicare & Medicaid Services determined Hammad engaged in a pattern of Improper Prescribing Activity that failed to meet Medicare requirements. On February 20, 2020, federal seizure warrants were executed on three accounts at SunTrust Bank owned by Hammad and Six accounts at Regions bank owned by Hammad. The Defendant Property were seized from the bank accounts utilized by Hammad to deposit healthcare-related funds into one of the seven accounts from SunTrust and Regions Bank accounts, then they were further laundered into other bank accounts, directly or indirectly, also owned or controlled by him.

6. The government has probable cause to believe that the Defendant Property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of unlawful distribution of a controlled substance and conspiracy in violation of Title 21, United States Code (U.S.C.) Sections 841 and 846 and/or property involved in money laundering offenses in violation of Title 18, U.S.C.

Section 1957 and, thus, are subject to civil forfeiture pursuant to Title 18, U.S.C., Section 981(a)(1)(b).

7. The facts and circumstances supporting the seizure and forfeiture of the Defendant Funds are contained in Exhibit A, which is attached hereto and fully incorporated within this Complaint by reference.

WHEREFORE, the United States of America respectfully requests that process of forfeiture be issued against the Defendant Property, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed, that the Court decree the condemnation and forfeiture of the property to the United States for disposition according to law and that the United States be granted such other relief as the Court deems just and proper.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 85932
111 North Adams Street, Fourth Floor
Tallahassee, Florida 32301
(850) 942-8430
andrew.grogan@usdoj.gov

## DECLARATION

I, Heather C. Johnson, am a Special Agent with the Federal Bureau of Investigation, in Jacksonville Division in Ft. Walton Beach, Florida. I have read the contents of the foregoing Complaint for forfeiture, and the Exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __1__ day of April, 2022.

_____
**HEATHER C. JOHNSON**
Special Agent
Federal Bureau of Investigation


**STATE OF FLORIDA**
**COUNTY OF** __Escambia__

The foregoing was sworn before me this __1st__ day of April 2022, by Special Agent Heather C. Johnson, who is <u>personally known to me</u> or has produced _____ as identification.

_____
Notary Public



NILSA N. CLARKE
Commission # GG 212885
Expires April 30, 2022
Bonded Thru Troy Fain Insurance 800-385-7019